UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 25-cv-24403-BLOOM**

LANIER DAVIS, individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

BENWORTH CAPITAL PARTNERS LLC,

    Defendant.

_____/

## ORDER CONSOLIDATING CASES

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On October 23, 2025, this Court accepted transfer of Case No. 1:25-cv-24403-MARTINEZ, due to the overlapping issues between that case and Case No. 1:25-cv-24403-BB. ECF No. [6]. The Court ordered that the incoming case bear the case number 1:25-cv-24403-BB. Upon review of the two cases, the Court concludes that consolidation is appropriate here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Case No. 1:25-cv-24403-BB is **CONSOLIDATED** with Case No. 1:25-cv-24320-BB.

2. The Clerk of Court is directed to **CLOSE** Case No. 1:25-cv-24403-BB. **All future filings** shall be made in Case No. 1:25-cv-24320-BB. The parties are also required to comply with **all deadlines** established by this Court in 1:25-cv-24320-BB.

Case No. 25-cv-24403-BLOOM

**DONE AND ORDERED** in Chambers at Miami, Florida, on October 24, 2025.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record